SALLY DOULL, ARTHUR DOULL, MARGARET E. GRA-
HAM, THOMAS G. GRAHAM, HELEN JONES, ALBERT
L. JONES, LORNA C. TOUGAS, RICHARD N. TOUGAS,
YVONNE MARCEAU, MARGUERITE G. DODGE, H. R.
DODGE, MARY G. DIETERICH, JOHN H. DIETERICH
AND RUBY M. SMITH, PLAINTIFFS AND APPELLANTS, v. C. D.
WOHLSCHLAGER, DEFENDANT AND RESPONDENT.

No. 10194

Submitted April 10, 1961. Decided June 12, 1961.

362 P.2d 542.

Smith, Boone & Rimel, Missoula, for appellants. Russell E.
Smith, Missoula, argued orally.

Oskar O. Lympus, Missoula, argued orally for respondent.

Cleveland Hall, Great Falls, Anthony F. Keast, Missoula,
Robert J. Emmons, Great Falls, argued orally amicus curiae.

MR. JUSTICE CASTLES delivered the Opinion of the
Court.

This is one of three causes considered in connection with
zoning laws. The others are Cause No. 10198, City of Missoula
v. Missoula County, 139 Mont. 256, 362 P.2d 539; and Cause No.
10175, Plath (Yellowstone County Commissioners) v. Hi-Ball
Contractors, Inc., 139 Mont. 263, 362 P.2d 1021. Amicus curiae
appearances were permitted by the court and we have the benefit
of excellent briefing and presentations of the problem of zoning
laws in municipalities, counties, and combinations of the same.

The sole question presented by this appeal is the constitu-
tionality of Chapter 41, of Title 16, Revised Codes of Montana,
1947, relating to county planning and zoning districts.

Appellants here, plaintiffs below, residents of Missoula
County Planning and Zoning District No. 1, brought an action
in injunction to restrain the maintenance of a large steel build-
ing erected by the defendant within the boundaries of the dis-
trict. The case went to trial on the complaint, an amended

answer and a reply. Evidence was introduced in support of the allegations of the complaint and amended answer. Requests for findings were made by the parties, and briefs were filed. The case was taken under advisement. The district judge did not pass on the fact and law questions presented by the pleadings and evidence, because he followed the district court decisions which were the subjects of the appeals above referred to and held that the act in question constituted an unlawful delegation of legislative power and that the question was moot.

What we said in Cause No. 10198, City of Missoula v. Missoula County, holding Chapter 41, Title 16, R.C.M. 1947, as constitutional answers the problem in this case. The cause is remanded for further proceedings in conformity with that opinion.

MR. CHIEF JUSTICE JAMES T. HARRISON and MR. JUSTICES ADAIR, DOYLE and JOHN C. HARRISON concur.